UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GARY GLENN PETERSON** | : | **DOCKET NO. 2:22-cv-01907** |
| REG. # 46083-177 | | SECTION P |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN MA'AT** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DISMISSED WITHOUT PREJUDICE** because this court lacks jurisdiction to modify the terms of petitioner's supervised release.

**THUS DONE AND SIGNED** in Chambers on the 7th day of October, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE